FILED: January 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1058
(3:23-cv-00801-RCY)

_____

MARGARET P. BYERS, Co-administrator of the Estate of Charles M. Byers, Deceased; MICHAEL C. BYERS, Co-administrator of the Estate of Charles M. Byers, Deceased

   Plaintiffs - Appellees

v.

GORDON J. PAINTER

   Defendant - Appellant

and

CITY OF RICHMOND; CHIPPENHAM & JOHNSTON-WILLIS HOSPITALS, INC., a subsidiary of HCA Healthcare, Inc.; STEVEN M. GIBSON; DAVID R. HYDE, JR.; JOHN/JANE DOE SECURITY GUARDS (1-5); COUNTY OF CHESTERFIELD

   Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
|---|---|
| Originating Case Number | 3:23-cv-00801-RCY |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 01/15/2025 |
| Appellant | Gordon J. Painter |
| Appellate Case Number | 25-1058 |
| Case Manager | Emily Borneisen<br>804-916-2704 |