FILED:  May 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1058
(3:23-cv-00801-RCY)

———————————

MARGARET P. BYERS, Co-administrator of the Estate of Charles M. Byers, Deceased; MICHAEL C. BYERS, Co-administrator of the Estate of Charles M. Byers, Deceased

     Plaintiffs - Appellees

v.

GORDON J. PAINTER

     Defendant - Appellant

 and

CITY OF RICHMOND; CHIPPENHAM & JOHNSTON-WILLIS HOSPITALS, INC., a subsidiary of HCA Healthcare, Inc.; STEVEN M. GIBSON; DAVID R. HYDE, JR.; JOHN/JANE DOE SECURITY GUARDS (1-5); COUNTY OF CHESTERFIELD

     Defendants

———————————

O R D E R

———————————

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Diaz, Judge Gregory, and Senior Judge Keenan.

For the Court

/s/ Nwamaka Anowi, Clerk